CO-180 (Rev. 3/93)

# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-038 | MAGIS. NO: 05-075M-01 |
|---|---|---|
| V. Towanda Harris | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | FILED APR 20 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:         PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Aiding in the Preparation of False Income Tax Returns

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 26 U.S.C. § 7206(2) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: ALAN KAY U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) ALAN KAY U.S. MAGISTRATE JUDGE | DATE ISSUED: FEB 10 2006 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: Melinda L. Pugh | DATE: FEB 10 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2-10-06 | NAME AND TITLE OF ARRESTING OFFICER SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER Sean McLeod |
|---|---|---|
| DATE EXECUTED 4-20-06 | | |