IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR NO 06-038 (GK) |
| | ) |
| | ) |
| **TOWANDA HARRIS,** | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR TEMPORARY LEAVE
TO TRAVEL OUTSIDE THE WASHINGTON, D.C. AREA**

Defendant, Towanda Harris, through undersigned counsel, respectfully requests the court for a temporary modification of her release conditions in order to allow her to travel to Philadelphia, Pennsylvania for purposes related to a wedding. Ms. Harris seeks permission to travel to Philadelphia on May 20, 2006 to assist with her Father in-Law's wedding to return Philadelphia from May 25, 2006 to May 28, 2006 to participate in the wedding.[1]

According to Pre-trial Services, Ms. Harris has been in full compliance with her release conditions since her release in connection with this case on April 20, 2006.

---

[1] Information regarding the wedding is attached as Exhibit 1.

**WHEREFORE**, Ms. Harris respectfully requests this Court to modify her release conditions to allow her to travel to Philadelphia, Pennsylvania on May 20, 2006 and from May 25, 2006 through May 28, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500