# EXHIBIT 1

*Veronica* and *Henry*

Life can be beautiful, shared by two . . .
A world filled with love, ever old, ever new . . .
Life can be beautiful, shared with each other
Two happy people who love one another!

We, *Veronica Wilson*

and

*Henry William Harris Sr.*

invite you to share in celebrating

our wedding

on Friday, the twenty-sixth of May

Two thousand and six

at five o'clock in the evening

St. Joseph Baptist Church

125 South 40th Street

Philadelphia, Pennsylvania