```
                        IN THE
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

                         * * *

UNITED STATES OF AMERICA    )
                            )
         Plaintiff;         )
                            )
         v.                 ) CR NO 06-038 (GK)
                            )
                            )
TOWANDA HARRIS,             )
                            )
         Defendant.         )
```

**O R D E R**

Upon consideration of Defendant's Motion For Temporary Leave To Travel Outside the Washington, D.C. Area, it is this _____day of May 2006,

HEREBY ORDERED, that Ms. Harris be permitted to travel to Philadelphia, Pennsylvania on May 20, 2006 and from May 25, 2006 through May 28, 2006.

```
                              _____
                              GLADYS KESSLER
                              United States District Court Judge
```

Copies to:

John P. Carlin, AUSA
Tony W. Miles, AFPD
Pretrial Services