IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR NO 06-038 (GK) |
| | ) |
| TOWANDA HARRIS, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of Defendant's Motion For Temporary Leave To Travel Outside the Washington, D.C. Area, it is this 12th day of May 2006,

HEREBY ORDERED, that Ms. Harris be permitted to travel to Philadelphia, Pennsylvania on May 20, 2006 and from May 25, 2006 through May 28, 2006.

_____
GLADYS KESSLER
United States District Court Judge

Copies to:

John P. Carlin, AUSA
Tony W. Miles, AFPD
Pretrial Services