UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :
                             :
                             :
         v.                  :   Criminal No. 06-38 (GK)
                             :
                             :   **FILED**
TOWANDA HARRIS,              :
                             :   JUN 2 8 2006
         Defendant.          :
                             :   NANCY MAYER WHITTINGTON, CLERK
                             :   U.S. DISTRICT COURT

## ORDER

It is hereby this 28th day of June 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Sept 15, 2006 and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Sept 22, 2006 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Sept 27, 2006 at 4:15pm.

**IT IS SO ORDERED.**

Gladys Kessler
U.S. District Judge