UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. Grand Jury Original |
| | : | 06 cr 38 |
| TOWANDA HARRIS, | : | |
| | : | VIOLATIONS : |
| Defendant. | : | 26 U.S.C. § 7206(2) (Aiding in the |
| | : | Preparation of False Income Tax Returns) |
| | | (Counts 17) |

### STATEMENT OF FACTS

Had this case proceeded to trial, the United States of America would have established the following facts beyond a reasonable doubt:

From in or about 1999 through in or about 2001, TOWANDA HARRIS ("HARRIS"), the defendant, prepared tax returns, including forms 1040, and attached Schedules for clients for a fee. HARRIS worked in the District of Columbia at several Jackson Hewitt Tax Service franchises, including the franchise located at 2400 14th St., N.W., Washington, DC, and worked as a self-employed return preparer doing business as Harris Ink & Associates. While working as a tax preparer, HARRIS, in an effort to maximize her business and income, prepared fraudulent income tax returns using an earned income credit scheme and a false deduction scheme.

HARRIS reported false income for clients in order to cause her clients to receive tax refunds they were not entitled to by law or to cause her clients to receive larger tax refunds than her clients were entitled to by law.

The Earned Income Credit program is designed to assist low-income working individuals and to encourage people to work. To qualify, a taxpayer must meet certain requirements. One such requirement is that the taxpayer must have actually earned a certain amount of income either by

working for an employer or by working while self-employed.

In order to claim Earned Income Credits in amounts that her clients were not entitled to receive, HARRIS knowingly and willfully prepared and provided tax returns for clients who were unemployed or earned minimal income that stated false wages and false federal tax withholdings or false business income. HARRIS thereby caused her clients to receive tax refunds they were not entitled to by law or caused her clients to receive larger tax refunds than her clients were entitled to by law.

To further her scheme, HARRIS provided fraudulent wage and tax statements (IRS "W-2" form) as support for false wage information and fraudulent business profit or loss statements (IRS "Schedule C" form) as support for false business income information.

From on or about the dates hereinafter set forth, in the District of Columbia and elsewhere, the defendant, HARRIS, did willfully aid and assist in, and procure, counsel and advise, the preparation and presentation to the Internal Revenue Service, of United States Individual Income Tax Returns, Forms 1040, and accompanying schedules, for the taxpayers named below, which were false and fraudulent as to material matters, in that the returns reported that said taxpayers were entitled under the provisions of the internal revenue laws to claim Earned Income Credits in the amounts set forth below, whereas, as HARRIS, then and there well knew and believed, the said taxpayers were not entitled to the Earned Income Credits claimed on the returns in the amounts set forth below.

| COUNT | DATE OF OFFENSE | TAXPAYER | FORM/ TAX YEAR | MATERIAL MATTER | REPORTED AMOUNT |
|---|---|---|---|---|---|
| 1 | 4-15-02 | P.D.1 | 1040/2001 | Earned Income Credit (Line 61a) | $3,990 |
| 2 | 4-15-02 | P.D.2 | 1040/2001 | Earned Income Credit | $4,008 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 4-15-02 | B.W. | 1040/2001 | Earned Income Credit (Line 61a) | $4,008 |
| 4 | 4-15-02 | G.D | 1040/2001 | Earned Income Credit (Line 61a) | $3,110 |
| 5 | 4-15-02 | L.L | 1040/2001 | Earned Income Credit (Line 61a) | $3,110 |
| 6 | 4-15-02 | K.H.1 | 1040/2001 | Earned Income Credit (Line 61a) | $4,008 |
| 7 | 4-15-02 | S.T. | 1040/2001 | Earned Income Credit (Line 61a) | $2,428 |
| 8 | 4-15-02 | L.T. | 1040/2001 | Earned Income Credit (Line 61a) | $4,008 |
| 9 | 4-15-00 | C.W | 1040/1999 | Earned Income Credit (Line 59a) | $3,816 |
| 10 | 4-15-01 | C.W. | 1040/2000 | Earned Income Credit (Line 60a) | $2,353 |
| 11 | 4-15-02 | P.C. | 1040/2001 | Earned Income Credit (Line 61a) | $3,710 |
| 12 | 4-15-02 | K.B. | 1040/2001 | Earned Income Credit (Line 61a) | $4,008 |
| 13 | 4-15-02 | V.V. | 1040/2001 | Earned Income Credit (Line 61a) | $3,450 |
| 14 | 4-15-02 | S.W. | 1040/2001 | Earned Income Credit (Line 61a) | $3,937 |

HARRIS also knowingly and willfully prepared and provided tax returns claiming either inflated or fabricated itemized deductions on the false itemized deductions (IRS "Schedule A") form. Inflated or fabricated itemized deductions included medical expenses, gifts to charity, job expenses or other miscellaneous deductions. HARRIS claimed the Schedule A false expenses to reduce her clients' tax liability and cause her clients to receive tax refunds they were not entitled to by law or to cause her clients to receive larger tax refunds than her clients were entitled to by law.

From on or about the dates hereinafter set forth, in the District of Columbia, the defendant, HARRIS, did willfully aid and assist in, and procure, counsel and advise, the preparation and presentation to the Internal Revenue Service, of United States Individual Income Tax Returns, Forms

1040, and accompanying schedules, for the taxpayers and calender years named below, which returns were false and fraudulent as to material matters, in that the returns reported that said taxpayers were entitled under the provisions of the internal revenue laws to claim itemized deductions in the amounts set forth below, whereas, as HARRIS then and there well knew and believed, the said taxpayers had not incurred the expenses in the amounts set forth below, and were not entitled to claim the said itemized deductions in the said amounts as set forth below:

| COUNT | DATE OF OFFENSE | TAXPAYER | FORM/ TAX YEAR | MATERIAL MATTER | REPORTED AMOUNT |
|---|---|---|---|---|---|
| 15 | 4-15-00 | D.W. | 1040/1999 | Itemized Deductions (Line 36, from Schedule A) | $46,649 |
| 16 | 4-15-01 | D.W. | 1040/2000 | Itemized Deductions (Line 36, from Schedule A) | $47,476 |
| 17 | 4-15-02 | D.W. | 1040/2001 | Itemized Deductions (Line 36, from Schedule A) | $34,768 |
| 18 | 4-15-00 | L.R. | 1040/1999 | Itemized Deductions (Line 36, from Schedule A) | $36,363 |
| 19 | 4-15-01 | L.R. | 1040/2000 | Itemized Deductions (Line 36, from Schedule A) | $41,444 |
| 20 | 4-15-02 | K.H.2 | 1040/2001 | Itemized Deductions (Line 36, from Schedule A) | $11,681 |

On or about April 15, 2000, within the District of Columbia, HARRIS, also did willfully aid and assist in, and procure, counsel and advise, the preparation and presentation to the Internal Revenue Service, of United States Individual Income Tax Return, Form 1040, and accompanying schedules, of taxpayer V.G. for the calendar year 1999, which was false and fraudulent as to material matters, in that the return reported that V.G. had wages in the amount of $18,811 (1040, Line 7 - Wages), had a business loss in the amount of $7,366 (1040, Line 12 - Business Loss), was entitled to a deduction in the amount of $6,037 (1040, Line 36-Itemized Deductions), and was entitled to a refund for the $1,977 amount overpaid (1040, Line 65-Amount Overpaid) whereas, as the defendant

then and there well knew and believed, the return did not accurately report said wages, business loss, deductions and amount overpaid.

                                            Respectfully submitted,

                                            KENNETH L. WAINSTEIN
                                            United States Attorney
                                            for the District of Columbia
                                            D.C. Bar No. 451058

                              By: _____
                                            JOHN CARLIN
                                            Assistant U.S. Attorney
                                            555 4th Street, N.W., 5235
                                            Washington, D.C. 20530
                                            (202) 353-2457

## DEFENDANT'S ACCEPTANCE

     I have read every word of this ___ page statement of offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: 28 JUN 06                                  _____
                                                   TOWANDA HARRIS,
                                                   Defendant

     I have read each of the __ pages constituting this statement of offense and reviewed and discussed them with my client. I concur with her decision to stipulate to this statement of offense.

Date: 6/28/06                                    _____
                                                 TONY MILES
                                                 Attorney for the defendant