Case Name: TOWANDA HARRIS
Case 06-cr-38
SCHEDULE OF TAX LOSS

| TAXPAYER | TAX YEAR | TAX LOSS TO GOV'T |
|---|---|---|
| D.W. | 1999 | $5,236 |
| " | 2000 | $5,286 |
| " | 2001 | $5,040 |
| L.R. | 1999 | $7,218 |
| " | 2000 | $7,919 |
| K.H.2 | 2001 | $1,381 |
| B.W. | 2001 | $5,083 |
| K.B. | 2001 | $2,135 |
| L.L. | 2001 | $3,941 |
| S.W. | 2001 | $951 |
| P.D. 1 | 2001 | $4,843 |
| P.D. 2 | 2001 | $5,083 |
| S.T. | 2001 | $3,693 |
| C.W. | 1999 | $4,669 |
| " | 2000 | $3,327 |
| V.G. | 1999 | $1,977 |
| L.T. | 2001 | $4,658 |
| G.D. | 2001 | $5,083 |
| P.C. | 2001 | $2,301 |
| TOTAL: | | $79,824 |