IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| V. : | CRIMINAL NUMBER 06-038 (GK) |
| TOWANDA HARRIS : | |

### MOTION FOR EXTENSION OF VOLUNTARY SURRENDER DATE

Towanda Harris, by her attorney, Tony W. Miles, Assistant Federal Public Defender, respectfully moves this Court for an Order extending the time for Ms. Harris's voluntary surrender, and states the following in support thereof:

1. On September 28, 2006, this Court sentenced Ms. Harris to a period of six months incarceration. In addition, the Court ordered that Ms. Harris be permitted to voluntarily surrender to her designated facility at a later date.

2. Recently, Ms. Harris was notified by the United States Probation Office that, by 2:00 p.m. on Thursday December 21, 2006, she must report to FCI Lexington in Lexington, Kentucky.

3. Ms. Harris respectfully requests that her voluntary surrender date be extended for an additional two weeks. Ms. Harris is making this request for two reasons. First, Ms. Harris is scheduled to take her last final exam for the semester in relation to her course work at the University of the District of Columbia on the same day she is currently scheduled to surrender (i.e. on December 21, 2006). Obviously, if Ms. Harris is to complete her course work for the semester, she cannot report to a facility in Kentucky by 2:00 p.m. on December 21. Second, Ms.

Harris would like the additional two weeks in order to wind down after completing her semester of college and to spend the time with her family during the holiday season.

    4.   Counsel has discussed the aforementioned request with John Carlin, the Assistant United States Attorney assigned to this case, and he has informed counsel that the government will not take a position on this motion.

    WHEREFORE, it is respectfully requested that this Court grant Ms. Harris's request for a two week extension of the time for her voluntary surrender and Order that she be permitted to surrender on about January 4, 2006.

                                           Respectfully submitted,

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                              /s/
                                              TONY W. MILES
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W., Suite 550
                                              Washington, DC  20004
                                              (202) 208-7500