IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| V. | : CRIMINAL NUMBER   06-038 (GK) |
| **TOWANDA HARRIS** | : |

## O R D E R

**AND NOW**, this _____ date of November, 2006, it is hereby **ORDERED** that the Motion For Extension Of Voluntary Surrender Date, is **GRANTED** and Towanda Harris is hereby ordered to report to the Federal Correctional Institute Lexington on _____, 2007

_____
**GLADYS KESSLER**
**United States District Court Judge**