IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :

V.                                    : CRIMINAL NUMBER   06-038 (GK)

TOWANDA HARRIS                        :

---

**O R D E R**

AND NOW, this 15th date of November, 2006, it is hereby **ORDERED** that the Motion For Extension Of Voluntary Surrender Date, is **GRANTED** and Towanda Harris is hereby ordered to report to the Federal Correctional Institute Lexington on January 3, 2007

GLADYS KESSLER
United States District Court Judge