UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-0038 (GK) |
| | : | |
| v. | : | |
| | : | |
| **TOWANDA HARRIS,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is assigned to Assistant United States Attorney David S. Johnson, telephone number (202) 514-9620, and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/ _____
David S. Johnson
Assistant United States Attorney
D.C. Bar No. 477298
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9620
david.johnson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of May, 2008, a copy of the Notice of Assignment and Appearance was served via ECF on defense counsel, Tony W. Miles, Esq., and Lara G. Quint, Esq., Federal Public Defender's Office for the District of Columbia, 625 Indiana Avenue, N.W., Washington, D.C. 20004.

/s/
David S. Johnson
Assistant United States Attorney