UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-0038 (GK) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| TOWANDA HARRIS, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America and the Defendant hereby inform the Court that the pending issue concerning the Defendant's failure to pay her court-ordered restitution has been resolved to the satisfaction of both parties.[1]  Accordingly, the parties do not oppose (i) the expiration of the Defendant's supervised release as scheduled on June 28, 2008, and (ii) the cancellation of the status hearing currently set for Thursday, June 19, 2008, at 10:00 a.m.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
David S. Johnson
Assistant United States Attorney
D.C. Bar No. 477298
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-9620
david.johnson@usdoj.gov

---

[1]As of the filing of this Joint Status Report, $4,442.59 has been paid toward restitution.  The Defendant still owes $73,228.41 in restitution.  The parties expect the Defendant to continue to pay restitution, until that obligation is satisfied, after her supervised release expires.

A. J. KRAMER
Federal Public Defender

/s/
Tony W. Miles, Esq.
Assistant Federal Public Defender
D.C. Bar No. 484450
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500
tony_miles@fd.org